AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**for the**     DISTRICT OF Massachusetts

CHARLES RASO, AS TRUSTEE OF THE
MASSACHUSETTS BRICKLAYERS AND MASONS
HEALTH AND WELFARE, PENSION AND
ANNUITY FUND, ET AL

V.

RIVERSTONE CONSTRUCTION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11415 WGY

TO: (Name and address of defendant)

Patricia Moniz-Maxim, President
Riverstone Construction, Inc.
227 Ryder Road
Rochester, MA 02770

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

JUN 22 2004

DATE

<~>

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

July 15, 2004

I hereby certify and return that on 7/12/2004 at 04:40 pm I served a true and attested copy of the summons, complaint, civil action cover sheet and exhibit in this action in the following manner: To wit, by delivering in hand to Patricia Moniz-Maxim, agent, person in charge at the time of service for Riverstone Construction, Inc., at, 227 Ryder r, Rochester, MA 02770. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.40) Total Charges $62.90

Deputy Sheriff Gregory S. Kamon

*Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.