UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>                Plaintiff,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>                Defendants. | C. A. No.: 04-11415 WGY |

**ASSENTED-TO MOTION TO EXTEND THE**
**TIME TO ANSWER COMPLAINT**

NOW COMES the Plaintiff and moves that the time for Defendant to file an answer to Plaintiffs' Complaint be extended to October 30, 2004. Defendant has contacted counsel for Plaintiff, who has assented to said extension.

Dated:  September 22, 2004            Respectfully submitted,

                                                                     Catherine M. Campbell
                                                                    BBO #549397
                                                                    FEINBERG, CAMPBELL & ZACK, P.C.
                                                                    177 Milk Street, Ste. 3
                                                                    Boston, MA 02109
                                                                    (617) 338-1976

                                                                    __/S/ Catherine Campbell_____
                                                                    Attorney for Plaintiff

## **Certificate of Service**

     I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Patricia Moniz-Maxim, President, Riverstone Construction, Inc., 227 Ryder Road, Rochester, MA 02770.

                                              /S/ Catherine Campbell
                                              Catherine M. Campbell