UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>Defendants. | C. A. No.: 04-11415 WGY |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendants in the above-captioned action. Defendants were served with the complaint and summons on July 12, 2004. This Court granted a motion to extend the time to answer the complaint until October 30, 2004. As of this date, Defendants have not filed an answer or other responsive pleading to the Complaint.

Dated: November 24, 2004          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　　　　Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　　　　BBO #549397
　　　　　　　　　　　　　　　　　　　　　　FEINBERG, CAMPBELL & ZACK PC
　　　　　　　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 338-1976

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Patricia Moniz-Maxim, President, Riverstone Construction, Inc., 227 Ryder Road, Rochester, MA 02770.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Catherine Campbell
　　　　　　　　　　　　　　　　　　　　　　Catherine M. Campbell