UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                     Civil Action
                                                                                                     No: **04-11415-WGY**

**CHARLES RASO**
Plaintiff

v.

**RIVERSTONE CONSTRUCTION, INC.**
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff, Charles Raso, for an order of Default for failure of the Defendant, Riverstone Construction, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on November 29, 2004.

                                                                                           Tony Anastas,
                                                                                           Clerk

                                                                               By:     /s/ Marie Bell
                                                                                               Deputy Clerk

Notice mailed to counsel of record and defendants.