UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| CHARLES RASO, TRUSTEE of the MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS and JOHN FLYNN, LOUIS WEIR, DOMINIC SPANO KENNETH LAMBERT, JAMES BOLAND, GERRY O'MALLEY, JOSEPH BRAMLETT,  FRED KINATEDER, PAUL SONGER, CHARLES VELARDO EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, GREGORY HESS and VINCENT DELAZZERO as TRUSTEES OF and ON BEHALF OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>Defendant. | C. A. No. 04-11415 WGY |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs respectfully move upon the attached Declaration pursuant to Federal Rule of Civil Procedure 55(b)(1) for entry of judgment by the Clerk in the amount of $19,003.00.  In support of its motion, Plaintiffs state as follows:

1.      Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on November 30, 2004.

2.      This is an action under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq. for unpaid pension, health and welfare and annuity contributions.  Pursuant to ERISA § 515, 29 U.S.C. § 1145, and ERISA § 502, 29 U.S.C. § 1132(g), the following elements of relief are mandatory for failure to make employee benefit contributions:

(a)      the unpaid contributions,

    (b)    the interest on the unpaid contributions,

    (c)    an amount equal to the greater of--

        (i)    interest on the unpaid contributions, or

        (ii)    liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A),

    (d)    reasonable attorney's fees and costs of the action, to be paid by the defendant and

    (e)    such other legal or equitable relief as the court deems appropriate.

3.    Defendant in this action became liable for delinquent contributions in the amount of $14,113.41, interest, at contractual determined rate of 1.5% per month compounded monthly in the amount of $1,550.27, liquidated damages in the amount of $1,509.20, and interest on the liquidated damages in the amount of $35.59 (Declaration of Damages, ¶ 2).  Plaintiffs are also entitled to costs and attorneys fees in the amount of $1,794.53 (Affidavits of Catherine M. Campbell,¶ 2 and Declaration of Damages, ¶ 3).

4.    Defendant is neither an infant nor incompetent person nor in the military service of the United States.

WHEREFORE, Plaintiffs' Motion for Entry of a Default Judgment against Defendant should be granted.

Dated:  January 31, 2005        Respectfully submitted,

For the Plaintiff,
MASSACHUSETTS BRICKLAYERS AND
MASONS TRUST FUNDS


/s/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**Certificate of Service**

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Patricia Moniz-Maxim, President, Riverstone Construction, Inc., 227 Ryder Road, Rochester, MA 02770.


/s/ Catherine M. Campbell
Catherine M. Campbell