UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE of the MASSACHUSETTS )
BRICKLAYERS AND MASONS HEALTH AND )
WELFARE, PENSION AND ANNUITY FUNDS )
and JOHN FLYNN, LOUIS WEIR, DOMINIC SPANO )
KENNETH LAMBERT, JAMES BOLAND, GERRY )
O'MALLEY, JOSEPH BRAMLETT, FRED )
KINATEDER, PAUL SONGER, CHARLES VELARDO )
EUGENE GEORGE, MATTHEW AQUILINE, DAN )
SCHIFFER, GREGORY HESS and VINCENT )
DELAZZERO as TRUSTEES OF and ON BEHALF OF )
THE BRICKLAYERS AND TROWEL TRADES )
INTERNATIONAL PENSION FUND )
)
             Plaintiffs, )   C. A. No. 04-11415 WGY
)
v. )
)
RIVERSTONE CONSTRUCTION, INC., )
)
             Defendant. )

**AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)**

Catherine M. Campbell deposes and says as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal

representative of the Massachusetts Bricklayers and Masons Trust Funds ("Funds") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Funds from the Defendant has been 7.25 hours. Pursuant to financial arrangements made by this office with the Funds, services performed by an attorney in this office for the Funds are charged at the rate of $215.00 per hour. Costs incurred total $235.78. Accordingly, the amount of legal fees and costs incurred by the Funds as a result of the work performed by this office on this matter is $1,794.53 (see attached documentation).

I DECLARE UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT THIS 31 DAY OF JANUARY 2005.

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

Date: 01/27/2005

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 100.575 | 05/20/2004 | 7 | A | 1 | 215.00 | 0.50 | 107.50 | Review and edit of Complaint<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 06/07/2004 | 7 | A | 1 | 215.00 | 2.25 | 483.75 | Preparation of Ex Parte Motion to attach bank account; Edit of Complaint<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 06/09/2004 | 7 | A | 1 | 215.00 | 0.50 | 107.50 | Email correspondence with Mitzner's office; Edit of Complaint<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 06/18/2004 | 7 | A | 1 | 215.00 | 0.75 | 161.25 | Edit and research regarding Ex Parte Motion<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 07/13/2004 | 7 | A | 1 | 215.00 | 1.25 | 268.75 | Telephone conference with Maxim; Letter to same; Memo to file<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 07/27/2004 | 7 | A | 1 | 215.00 | 0.75 | 161.25 | Telephone conference with P. Maxim; Letter to same; Memo to file; Review of Court Order<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 09/17/2004 | 7 | A | 1 | 215.00 | 0.50 | 107.50 | Email, correspondence, telephone conference with P. Maxim; Update litigation report<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 11/01/2004 | 7 | A | 1 | 215.00 | 0.25 | 53.75 | Telephone conference with P. Maxim; Memo to file<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 12/13/2004 | 7 | U | 1 | 215.00 | 0.50 | 107.50 | Telephone conference with employer; Preparation of Motion for Default<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | 49 |
| **Total for Fees** | | | | | Billable | 7.25 | 1558.75 | | |
| **Advances** | | | | | | | | | |
| 100.575 | 06/21/2004 | 1 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 06/21/2004 | 1 | A | 54 | | | 9.30 | Certified Mail Cost: Copy of Complaint to US Secretaries of Labor and Treasury<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 07/12/2004 | 1 | A | 115 | | | 62.90 | Service of Summons and Complaint: (2350) County of Plymouth, Sheriff's Department<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| 100.575 | 07/21/2004 | 1 | A | 134 | | | 13.58 | Online Computer Research Charges via Lexis-Nexis during the month of June 2004<br>Mass. Bricklayers & Masons Funds<br>Riverstone Construction | ARCH |
| **Total for Advances** | | | | | Billable | 0.00 | 235.78 | | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 7.25 | 1794.53 | | |

Thursday 01/27/2005 11:47 am