UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE of the MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS and JOHN FLYNN, LOUIS WEIR, DOMINIC SPANO KENNETH LAMBERT, JAMES BOLAND, GERRY O'MALLEY, JOSEPH BRAMLETT, FRED KINATEDER, PAUL SONGER, CHARLES VELARDO EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, GREGORY HESS and VINCENT DELAZZERO as TRUSTEES OF and ON BEHALF OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND<br><br>    Plaintiffs,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>    Defendant. | C. A. No. 04-11415 WGY |

## DECLARATION OF DAMAGES

Gregory L. Sarno, being first duly sworn, deposes and says:

1. I am employed as the Fund Administer of the Massachusetts Bricklayers and Masons Trust Funds (hereinafter the "Funds") located at 645 Morrissey Boulevard, Boston, MA 02122.

2. The Defendant was obligated to make contributions to the Funds pursuant to a collective bargaining agreement between Defendant Riverstone Construction, Inc. and Building Trades Employers Association of Boston and Eastern Massachusetts and Bricklayers and Allied Craftsmen Union Local 3 Eastern Massachusetts. Defendant agreed to make payments of $1,000

per month on the balance owed for delinquent contributions of $22,145.01. A balance is owed of $14,113.14. No payments have been made since July 2004.

    3. In accordance with 29 U.S.C. §1132(g)(2), the Defendant owes to the Funds the following amounts.

    a.    Delinquent contributions in the amount of $ 14,113.41;

    b.    Interest at the contractual rate of 1.5% per month compounded monthly in the amount of $1,550.27 from July 2004.

    c.    Contractual liquidated damages in the amount of $1,509.20 and interest on the liquidated damages in the amount of $35.59 at a contractual rate of 1.5% per month compounded monthly.

    d.    Reasonable attorneys fees and costs in the amount of $1,794.53. (See attached Affidavit of Catherine M. Campbell.)

    4. Based on the foregoing, the Defendant owes the Funds a total of $19,003.00.

I declare under penalties of perjury that the foregoing is true and correct this 27th day of January, 2005.

                                          _/s/ Gregory A. Sarno_
                                          Gregory A. Sarno