UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE of the MASSACHUSETTS )<br>BRICKLAYERS AND MASONS HEALTH AND )<br>WELFARE, PENSION AND ANNUITY FUNDS )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RIVERSTONE CONSTRUCTION, INC., )<br>)<br>Defendant. ) | C. A. No. 04-11415 WGY |

**EX PARTE POST-JUDGMENT MOTION FOR APPROVAL OF
TRUSTEE PROCESS TO ATTACH BANK ACCOUNTS**

Now comes the Plaintiff in the above-entitled matter and moves for ex parte approval of trustee process to attach the goods, effects, or credits of the Defendant in the amount of $19,003.00, now in the hands and possession of the Mayflower Bank, Middleborough, MA pursuant to Massachusetts Rules of Civil Procedures 4.2, Massachusetts General Law Chapter 246 and the attached Affidavit.

A judgment was entered in the above referenced case on February 24, 2005 in the amount of $19,003.00. (See attached as Exhibit A.)  Federal Rule of Civil Procedure 69 set forth that "the procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held..."  The Plaintiff "may properly seek Trustee Process in accordance with Massachusetts Court State rules by Motion Post Judgment without the necessity of instituting a new action on the judgment." Commercial Printers of Connecticut, Inc. v. Letter-Men Publishing Co., 1988 U.S. Dist. Lexis 3903 (D. Mass.).  Further, "under

Massachusetts law, attachment of bank accounts takes place by trustee process requiring court approval." Id. citing, Gabovitch v. Lundy, 584 F.2d 559 (1 Cir. 1978).

Therefore, the Plaintiff requests that the Court grants Plaintiff's Motion for Trustee Process of the $19,003.00. A draft Order and Trustee Summons are attached hereto.

Dated: April 16, 2008

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, PC
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

*Catherine M. Campbell*
Attorney for Plaintiff,
Charles Langone, Fund Manager