UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE of the MASSACHUSETTS  )
BRICKLAYERS AND MASONS HEALTH AND           )
WELFARE, PENSION AND ANNUITY FUNDS          )
                                            )
            Plaintiffs,                     )     C. A. No. 04-11415 WGY
                                            )
v.                                          )
                                            )
RIVERSTONE CONSTRUCTION, INC.,              )
                                            )
            Defendant.                      )

**AFFIDAVIT OF PLAINTIFF'S ATTORNEY, CATHERINE M. CAMPBELL, IN SUPPORT OF MOTION FOR APPROVAL OF TRUSTEE PROCESS FOR BANK ACCOUNT ATTACHMENT, EX PARTE**

I, Catherine M. Campbell, am the attorney for Plaintiff in the above entitled matter and say of my own knowledge in support of this motion that:

1. This is a civil action in which a judgment was entered on February 24, 2005.

2. Upon information and belief, there are presently monies or credits due to said defendant in the hands and possession of the Mayflower Bank, MA, trustee.

3. The undersigned certifies that I know of no liability insurance available to satisfy the judgment.

4. An ex parte attachment of the goods, effects or credits in the hands and possession of the trustee is required because there is a clear danger that the defendant, if notified in advance of attachment requested, will remove or conceal the monies now deposited in the named Trustee bank.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF APRIL, 2008

_____
Catherine M. Campbell