**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE of the MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS and JOHN FLYNN, LOUIS WEIR, DOMINIC SPANO KENNETH LAMBERT, JAMES BOLAND, GERRY O'MALLEY, JOSEPH BRAMLETT, FRED KINATEDER, PAUL SONGER, CHARLES VELARDO EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, GREGORY HESS and VINCENT DELAZZERO as TRUSTEES OF and ON BEHALF OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>Defendant. | C. A. No. 04-11415 WGY |

**JUDGMENT**

William G. Young, D.J.

Defendant Riverstone Construction, Inc., having failed to plead or otherwise defend in this action, and its default having been entered,

Now, upon application and affidavits demonstrating that defendant owes plaintiffs the principal amount of $14,113.14, interest in the amount of $1,550.27, liquidated damages in the amount of $1,509.20 and interest on liquidated damages in the amount of $35.59 with costs and fees in the amount of $1,794.53 for a total judgment of $19,003.00. Defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiffs recover from Riverstone Construction, Inc., the sum of $19,003.00. Plaintiffs maintain their right to audit the

payroll records of Defendant and seek additional contributions that may be owed pursuant to that audit.

Dated: 8-17-05

By the Court,

_____
Deputy Clerk