UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE of the MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSTONE CONSTRUCTION, INC.,<br><br>Defendant. | C. A. No. 04-11415 WGY |

### ORDER OF APPROVAL OF EX PARTE ATTACHMENT ON TRUSTEE PROCESS

This cause came on to be heard upon an ex parte motion for an order of approval of attachment on trustee process, and upon consideration thereof, a judgment having been entered against the defendant by this court on February 24, 2005 in the amount of $19,003.00, and such amount being over and above any liability insurance known or reasonably believed to be available, the court hereby finds that there is a clear danger that the defendant, if notified in advance of the attachment on trustee process, will withdraw the goods, effects or credits from the hands and possession of the trustee and remove them from the Commonwealth or will conceal them.

WHEREUPON the court hereby approves attachment on trustee process in the amount of $19,003.00, subject to all applicable exemptions and limitations provided by law.



Judge, U.S. District Court
25, 2008