

30 SOUTH MAIN STREET, P.O. BOX 311, MIDDLEBORO, MASSACHUSETTS 02346 • (508) 947-4343

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11415 WGY

)
CHARLES RASO, TRUSTEE OF THE )
MASSACHUSETTS BRICKLAYERS AND )
MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS )
)
       Plaintiffs, )
)
v. )
)
RIVERSTONE CONSTRUCTION, INC., )   ANSWER OF TRUSTEE
)
       Defendant, )
)
and )
)
MAYFLOWER CO-OPERATIVE BANK, )
)
       Trustee. )
)

    Now comes Mayflower Bank, by and through its keeper of the books and records, and says: the trustee at the time of service of the summons had in its possession good, effects, and credits of the defendant in the amount of $461.79.

    SIGNED UNDER THE PENALTIES OF PERJURY THIS 13TH DAY OF MAY, 2008.

                        Mayflower Bank

                        */s/ Heather Johnson*
                        By: Heather Johnson