UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES RASO, TRUSTEE | ) | |
| of the MASSACHUSETTS BRICKLAYERS | ) | |
| AND MASONS HEALTH AND WELFARE, | ) | |
| PENSION AND ANNUITY FUNDS, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-11415 WGY |
| | ) | |
| v. | ) | |
| | ) | |
| RIVERSTONE CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CHARGE TRUSTEE

Now comes the Plaintiff in the above-entitled matter and says that the Trustee, Mayflower Co-operative Bank, has filed an Answer admitting that funds of the Defendant are being held in the sum of $461.79.

WHEREFORE the Plaintiff moves that the Trustee, Mayflower Co-operative Bank be charged upon the Answer filed.

Dated: July 8, 2008

Respectfully submitted,

For the Plaintiff,
Massachusetts Bricklayers and
Masons Health and Welfare, Pension
and Annuity Funds

/s/ Catherine M. Campbell
Catherine M. Campbell
BBO No. 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF COMPLIANCE

I, Catherine M. Campbell hereby certify I have conferred in good faith with Plaintiff's attorney in this matter.

Dated:  July 8, 2008                                         /s/ Catherine M. Campbell
                                                             Catherine M. Campbell

## CERTIFICATE OF SERVICE

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Patricia Moniz-Maxim, President, Riverstone Construction, Inc., 227 Ryder Road, Rochester, MA 02770, Mayflower Bank, 30 South Main Street, Middleborough, MA 02346 and Carlin J. Phillips, Phillips & Garcia, P.C., Ventura Office Park, 13 Ventura Drive, North Dartmouth, MA 02747.

Dated:  July 8, 2008                                         /s/ Catherine M. Campbell
                                                             Catherine M. Campbell